

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| KARIA RUTH HILL, | § | No. 08-23-00151-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CARLOS LIEVANOS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023CCV00090) |

### MEMORANDUM OPINION

This appeal is before the Court on Appellee's motion to dismiss for want of jurisdiction. Finding that the trial court's June 2, 2023 modified order is not appealable, we grant Appellee's motion and dismiss this appeal for lack of jurisdiction.

Generally, appellate courts have jurisdiction over final judgments (as well interlocutory orders made appealable by statute, which is not the case here). *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (authorizing appeals from certain interlocutory orders). A final judgment is one that disposes of all pending parties and claims. *Lehmann*, 39 S.W.3d at 195. Because the trial court's modified order in this case does not dispose of attorney's fees, past-due rent amounts, or post-judgment interests, the judgment is not final or appealable. Accordingly, we grant Appellee's motion and dismiss for want of jurisdiction.

LISA J. SOTO, JUSTICE

June 30, 2023

Before Rodriguez, C.J., Palafox, and Soto, J.J.